

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,719-01

**EX PARTE RUBEN GARCIA JR, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 7691-1 IN THE 82ND DISTRICT COURT
## FROM FALLS COUNTY

*Per curiam*. YEARY, J., filed a concurring opinion, which SLAUGHTER, J. joined.

## O R D E R

Applicant was convicted of aggravated robbery and sentenced to ninety years' imprisonment. The Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. The record forwarded to this Court appears, however, to be incomplete. Applicant's memorandum of law and exhibits are missing.

On December 19, 2019, this Court ordered the district clerk to supplement the record by either forwarding to this Court the missing documents or certify in writing that those documents are not part of the record. The clerk was ordered to respond within thirty days from the date of the order but the clerk has not responded to this Court's order.

We remand this application to the trial court, which shall ensure that the habeas record is supplemented with a complete copy of Applicant's memorandum of law and exhibits, as well as any affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). The trial court shall respond within thirty days from the date of this order. Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: April 27, 2022
Do not publish